GNILBE CORPORATION, Respondent, *v.* WM. T. KEOGH AMUSEMENT COMPANY et al., Appellants.

Argued May 19, 1943; decided June 18, 1943.

*John Kadel, Sol A. Herzog* and *William B. Butler* for appellants.

*David Vorhaus* and *Sidney Greenman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.